# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FREDRICK PADRE MARTINEZ,<br><br>　　　　　　　　　Petitioner,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 2:12-cv-02197-RCJ-NJK<br><br>**ORDER** |

　　　On May 3, 2022, Petitioner Fredrick Padre Martinez filed a document entitled "Crime Scene Stop and Correct" (ECF No. 13 ("pleading")) in this closed habeas matter. The pleading constitutes an improper filing. Accordingly, the pleading will be stricken as "[i]t is well established that district courts have inherent power to control their docket," including the power to strike improperly filed items from the docket. *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010).

**IT IS THEREFORE ORDERED:**

1. The Clerk of the Court is ordered to strike the document entitled "Crime Scene Stop and Correct" (ECF No. 13) from the Court's docket.
2. Petitioner shall file no further documents in this closed action.

DATED this 18th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE